IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT 24 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 19-30151-SMY ) |
| DEMTRIUS D. MOORE | ) Title 18, United States Code, Sections 912 ) and 1001. |
| Defendant. | ) ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### MAKING A FALSE STATEMENT TO A FEDERAL AGENT

On or about September 20, 2018, in St. Clair County, Illinois, within the Southern District of Illinois,

**DEMTRIUS D. MOORE,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying he represented himself as a Special Agent of the Drug Enforcement Administration to Special Agent Duane Clauer, at the Bureau of Alcohol, Tobacco, and Firearms, in the Southern District of Illinois, while knowing that he did, in fact, unlawfully represent himself as a Special Agent with the Drug Enforcement Administration, in violation of Title 18, United States Code, Section 1001.

### COUNT 2

### IMPERSONATING AN OFFICER AND EMPLOYEE OF THE UNITED STATES

On or about April 30, 2019, in Madison County, Illinois, within the Southern District of Illinois,

**DEMTRIUS D. MOORE,**

1

defendant herein, did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency, or officer thereof, to wit: a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms, and in such pretended character, with intent to defraud did falsely obtain money, paper, documents, or thing of value, to wit: a quashed warrant, in violation of Title 18, United States Code, Section 912.

A TRUE BILL

(FOREPERSON)

ALEXANDRIA M. BURNS
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney