IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEMTRIUS D. MOORE, )<br>)<br>Defendant. ) | No. 19-CR-30151-SMY |

### *Amended* MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria M. Burns, Assistant United States Attorney, states as follows:

There is now confined in the Menard Correctional Center, Menard, Illinois, in the custody of the Warden, Sheriff, or Jailer thereof, the Defendant in the above-entitled case.  Said case will be called for **Initial Appearance/Arraignment** on the **22nd day of November, 2019, at the hour of 2:00 p.m.**  It is necessary to have said Defendant in the Courtroom of the **Honorable Mark A. Beatty, Magistrate Judge of the United States District Court, East St. Louis, Illinois**, and in order to secure the presence of said Defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Warden, Sheriff, or Jailer to produce said Defendant in order to procure his presence for the **Initial Appearance/Arraignment** and all other proceedings incident thereto.

WHEREFORE, the United States moves for an order directing the issuance or a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Warden, Sheriff, or Jailer, commanding him to have and produce the above-named Defendant in said United

States District Court at said time, and then and there to present said Defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the all proceedings in this case, to return the Defendant to the custody of said Warden, Sheriff, or Jailer.

DATED: _____

    Respectfully submitted,

    STEVEN D. WEINHOEFT
    United States Attorney

    s/*Alexandria M. Burns*
    ALEXANDRIA M. BURNS
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL   62208
    Phone: (618) 628-3700
    E-mail: Alexandria.Burns@usdoj.gov