Hello (Dear Clerk of Court)

My Name is Demtrius D. Moore Case No. 19-30151-SMY my reason For writing you all today be-cause I was served a Detainer against Sentenced State prisoner based on Federal Arrest Warrant. I am Requesting to Know a Court date on this Matter and my attorney of record.

I am Requesting to Know where will I got to Court and When. please be so Kind to write me back

Thank you

Demtrius D. Moore

TO: Clerk of Court

Date: 11-5-2019

Name: Demtrius D. Moore
CA#: 19-30151-SMY

Dantrius D. Moore # 509786
Menard Correctional Center
P.O. 1000
Menard, IL. 62259

Legal Mail

Clerk of the Southern
District Court for the U.S.A.

301 W. Main Street
Benton, IL. 62812

Correspondence from IDOC Inmate

-LEGAL MAIL-

US POSTAGE >> PITNEY BOWES

ZIP 62259 $ 000.00°
0000365800   06 2019

Barn Swallow



Legal Mail

RECEIVED

NOV 0 8 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE