IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-30151-SMY |
| | ) |
| DEMTRIUS D. MOORE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**YANDLE, District Judge:**

On September 2, 2020, this Court entered final judgment, sentencing Defendant Demtrius Moore to 36 months in prison for Making a False Statement to a Federal Agent (Count I) and Impersonating an Officer and Employee of the United States (Count II) (Docs. 46, 48). Now pending before the Court are three motions filed by Moore requesting that the Bureau of Prisons provide him with mental health and substance abuse programs, send him a copy of the balance of his prisoner's trust account, and cease classifying him as a convicted sex offender (Docs. 65, 77, 78).

Once a district court enters final judgment it lacks jurisdiction to hear related issues, except to the extent authorized by statute or rule. *United States v. Goode,* 342 F.3d 741, 743 (7th Cir. 2003) ("Once a court sentences a criminal defendant, it has jurisdiction to continue hearing related issues only when authorized by statute or rule"). Moore does not identify any basis upon which this Court has jurisdiction to rule on his motions; they are therefore **DENIED**.

IT IS SO ORDERED.

DATED: July 20, 2022

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**